# Exhibit 3

## Disclosure Statement Order

## [To Be Inserted]